IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CAROLYN ARLENE WHITE,

    Petitioner,

   v.                                CASE NO. 2:08-CV-356
                                     JUDGE FROST
                                     MAGISTRATE JUDGE KING

SHERI DUFFEY, Warden,

    Respondent.

## ORDER

On May 29, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254 be dismissed. *Report and Recommendation*, Doc. No. 10. Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation*. *Objection*, Doc. No. 11. Petitioner again raises all the same arguments that she previously presented.

Pursuant to 28 U.S.C. §636(b), this Court had conducted a *de novo* review of the Magistrate Judge's *Report and Recommendation*. For the reasons detailed therein, this Court likewise concludes that petitioner has failed to present an issue warranting federal habeas corpus relief. Petitioner's objections are therefore **OVERRULED**. The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

The Clerk shall enter **FINAL JUDGMENT.**

                                                       /s/ Gregory L. Frost
                                                       GREGORY L. FROST
                                                       United States District Judge